[This opinion has been published in *Ohio Official Reports* at 76 Ohio St.3d 24.]

THE STATE OF OHIO, APPELLEE, *v.* DEVOISE, APPELLANT.

[Cite as *State v. DeVoise*, 1996-Ohio-428.]

*Criminal law—Drug offenses—R.C. 2925.11(F)(1) does not violate the due process or equal protection provisions of the Ohio and United States Constitutions.*

(No. 95-343—Submitted June 5, 1996—Decided July 3, 1996.)

APPEAL from the Court of Appeals for Montgomery County, No. 14701.

———————————

*Daniel E. Kinane*, Montgomery County Public Defender, and *Charles L. Grove*, Assistant Public Defender, for appellant.

———————————

{¶ 1} The judgment of the court of appeals, upholding the constitutionality of R.C. 2925.11(F)(1), is affirmed on the authority of *State v. Thompkins* (1996), 75 Ohio St.3d 558, 664 N.E.2d 926.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

———————————